UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE UDUKOBRAYE PELA,<br><br>Petitioner,<br><br>v.<br><br>JOHN KATAVICH, Warden,<br><br>Respondent. | No.  2:13-cv-2141 JAM KJN P<br><br><br>ORDER AND ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 16, 2013, respondent noticed a motion to dismiss for hearing on January 30, 2014, before the undersigned.  Petitioner has not filed a timely opposition to the motion.  L.R. 230(c).  Local Rule 230(c) provides:

> Opposition, if any, to the granting of the motion shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party. See L.R. 135.

L.R. 230(c).  Good cause appearing, the January 30, 2014 hearing is vacated, and petitioner is directed to show cause, if any he may have, why respondent's motion to dismiss should not be granted.

1

IT IS HEREBY ORDERED that:

1. The January 30, 2014 hearing is vacated; and

2. Petitioner show cause, within twenty-one days, why respondent's motion to dismiss should not be granted.

Dated: January 22, 2014

/pela2141.46h

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE