UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE UDUKOBRAYE PELA, | No. 2:13-cv-2141 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| JOHN KATAVICH, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus. By order filed January 22, 2014, petitioner was directed to show cause why respondent's motion to dismiss should not be granted. On February 11, 2014, petitioner filed a response to the order to show cause, and argues that respondent's motion to dismiss should not be granted. Accordingly, IT IS HEREBY ORDERED that respondent is directed to file a reply to petitioner's opposition within seven days from the date of this order.

Dated: February 13, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/pela2141.fb